# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lisa Wall,<br><br>  Plaintiff,<br><br>v.<br><br>Atlantic Credit & Finance, Inc.,<br><br>  Defendant. | Case No. 1:16-cv-00536<br><br>HON. GORDON J. QUIST |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Lisa Wall, by and through her undersigned counsel, who hereby informs the Court that a settlement has been reached in this case. Plaintiff anticipates filing a dismissal within the next 30 days. Plaintiff requests that the Court adjourn all dates currently set for this case.

Respectfully submitted,

Dated: September 29, 2016

GOLDEN LAW OFFICES, P.C.

 /s/ B. Thomas Golden
B. Thomas Golden (P70822)
Attorney for the Plaintiff
2186 West Main Street
P.O. Box 9
Lowell, Michigan 49331
Telephone: (616) 897-2900
Facsimile: (616) 897-2907
btg@bthomasgolden.com